UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENT LaCOUR
(#330097)

VERSUS

JAMES LeBLANC, WARDEN
CHARLES C. FOTI, JR.

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUL -6  P 2: 16

CIVIL ACTION

BY DEPUTY CLERK

NO. 04-0590-A

## RULING ON APPLICATION
## FOR WRIT OF HABEAS CORPUS

The court, after carefully considering the petition, the record, the law applicable to this action, the Report and Recommendation (doc. 14) of United States Magistrate Judge Docia L. Dalby dated June 11, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, application of petitioner, Brent LaCour, for habeas corpus relief is hereby DENIED.

Judgment to be entered accordingly.

Baton Rouge, Louisiana, July 6, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA